UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MARGARET MOKHTARPOUR, | ) | Case No. 08-11011-ERW |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |

**Trustee's Final Report**

To:   The Honorable Eugene R. Wedoff
      United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on April 30, 2008. Joseph A. Baldi, Trustee was appointed Trustee on the April 30, 2008. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of January 14, 2009 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $7,883.94 |
| b. | DISBURSEMENTS (See Exhibit C) | | $0.00 |
| c. | NET CASH available for distribution | | $7,883.94 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation requested | $1,538.39 |
| | 2. | Trustee Expenses | $0.00 |
| | 3. | Compensation requested by attorney or other professionals for trustee | $0.00 |

5. The Bar Date for filing unsecured claims expired on October 22. 2008.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $1,538.39 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $79,531.99 |

7. Trustee proposes that unsecured creditors receive a distribution of 7.98% of allowed claims.

8. The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $0.00 | $1,538.39 | $0.00 |

9. A fee of $4,000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: January 21, 2009

/s/Joseph A. Baldi, Trustee
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL  60603

Tasks Completed by Trustee

Exhibit A

# EXHIBIT A
## TASKS PERFORMED BY TRUSTEE

1. Trustee examined the debtor pursuant to 11 U.S.C. §341.
2. Trustee recovered insurance proceeds on account of pre-petition building damages.
3. Trustee opened a trust account at Bank of America, invested funds in an interest-bearing money market account and maintained a ledger for the account.
4. Trustee has reviewed the claims and finalized all claim matters.
5. Trustee analyzed tax matters.
6. All interim reports and this final report were prepared by the Trustee.

EXHIBIT A

Form I

Individual Estate Property Record and Report

Exhibit B

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 08-11011 | ERW | Judge: Eugene R. Wedoff | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | MOKHTARPOUR, MARGARET | | | Date Filed (f) or Converted (c) | 04/30/08 (f) |
| | | | | 341(a) Meeting Date: | 05/28/08 |
| For Period Ending: | 01/14/09 | | | Claims Bar Date: | 10/22/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.12 | Unknown |
| 2. 1282 Blair Ct, Hoffman Estates, IL | 320,000.00 | 0.00 | | 0.00 | FA |
| 3. 1880 Bonnie Ln, Hoffman Estates, IL | 120,000.00 | 0.00 | | 0.00 | FA |
| 4. 69 Gant Circle, Unit A, Streamwood, IL | 150,000.00 | 0.00 | | 0.00 | FA |
| 5. 149 SW Pisces Terr, Port St Lucie, FL | 26,000.00 | 0.00 | | 0.00 | FA |
| 6. 1810 Hatherleigh, IE, Mt. Prospect, IL | 140,000.00 | 0.00 | | 0.00 | FA |
| 7. Harris Checking Account | 1,062.00 | 0.00 | | 0.00 | FA |
| 8. Checking, Savings Accounts | 46.00 | 0.00 | | 0.00 | FA |
| 9. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Books and Art Objects | 150.00 | 0.00 | | 0.00 | FA |
| 11. Wearing Apparel | 50.00 | 0.00 | | 0.00 | FA |
| 12. Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 13. Camera | 50.00 | 0.00 | | 0.00 | FA |
| 14. 401k (Merrill Lynch) | 17,576.00 | 0.00 | | 0.00 | FA |
| 15. 401k (LaSalle Bank) | 81.00 | 0.00 | | 0.00 | FA |
| 16. 2001 Lexus | 6,000.00 | 0.00 | | 0.00 | FA |
| 17. Pets | 0.00 | 0.00 | | 0.00 | FA |
| 18. TIMESHARE | 10,000.00 | 0.00 | | 0.00 | FA |
| 19. Insurance Proceeds--building damage (u) | 0.00 | 7,879.82 | | 7,879.82 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $793,065.00    $7,879.82    $7,883.94    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1

Ver 14.11

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

| | |
|---|---|
| Case No: | 08-11011    ERW    Judge: Eugene R. Wedoff |
| Case Name: | MOKHTARPOUR, MARGARET |
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 04/30/08 (f) |
| 341(a) Meeting Date: | 05/28/08 |
| Claims Bar Date: | 10/22/08 |

Trustee recovered insurance proceeds; reviewed claims; preparing final report

Initial Projected Date of Final Report (TFR): 06/30/09          Current Projected Date of Final Report (TFR): 02/15/09

LFORM1

Ver: 14.11

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Case No: 08-11011 -ERW
Case Name: MOKHTARPOUR, MARGARET

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6011 Money Market Account (Interest Earn

Taxpayer ID No: *******2981
For Period Ending: 01/14/09

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/08 | | STATE FARM FIRE AND CASUALTY COMPANY Bloomington, IL. | Insurance proceeds for bldg damage | 1229-000 | 7,879.82 | | 7,879.82 |
| 07/31/08 | 1 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 0.35 | | 7,880.17 |
| 08/29/08 | 1 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.00 | | 7,881.17 |
| 09/30/08 | 1 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 0.97 | | 7,882.14 |
| 10/31/08 | 1 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.76 | | 7,882.90 |
| 11/28/08 | 1 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.64 | | 7,883.54 |
| 12/31/08 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.40 | | 7,883.94 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 7,883.94 | 0.00 | 7,883.94 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 7,883.94 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 7,883.94 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account (Interest Earn - *******6011 | 7,883.94 | 0.00 | 7,883.94 |
| | 7,883.94 | 0.00 | 7,883.94 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   7,883.94   0.00

Ver: 14.11
LFORM2:

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MARGARET MOKHTARPOUR, | ) | Case No. 08-11011-ERW |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |

### PROPOSED DISTRIBUTION REPORT

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $1,538.39 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $6,345.55 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$7,883.94** |

EXHIBIT D

**REPORT OF DISTRIBUTION - CONT'D**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $1,538.39 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $1,538.39 | $1,538.39 |
| | **CLASS TOTALS** | **$1,538.39** | **$1,538.39** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims to be paid prorata after costs of administration and priority claims are paid in full | $ 79,531.99 | 7.98 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Pyod LLC Its Successors And Assigns<br>*General Unsecured 726* | $4,970.30 | $396.56 |
| 000002 | Pyod LLC Its Successors And Assigns<br>*General Unsecured 726* | $4,959.52 | $395.70 |
| 000003 | Pyod LLC Its Successors And Assigns<br>*General Unsecured 726* | $4,545.76 | $362.69 |
| 000004 | Chase Bank USA<br>*General Unsecured 726* | $16,099.72 | $1,284.53 |
| 000005 | Chase Bank USA<br>*General Unsecured 726* | $1,888.80 | $150.70 |
| 000006 | Chase Bank USA<br>*General Unsecured 726* | $15,815.43 | $1,261.85 |
| 000007 | Chase Bank USA<br>*General Unsecured 726* | $9,882.91 | $788.52 |
| 000008 | Fia Card Services, N.A./Bank Of America<br>*General Unsecured 726* | $12,788.18 | $1,020.32 |
| 000009 | Fia Card Services, N.A./Bank Of America<br>*General Unsecured 726* | $8,581.37 | $684.68 |
| | **CLASS TOTALS** | **$79,531.99** | **$6,345.55** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
|  |  |  |  |  |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:    January 21, 2009             /s/Joseph A. Baldi, Trustee