UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MARGARET MOKHTARPOUR, | ) | Case No. 08-11011-ERW |
| | ) | |
| Debtor. | ) | Hon. Eugene R. Wedoff |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:  The Honorable Eugene R. Wedoff
     United States Bankruptcy Judge

NOW COMES Joseph A. Baldi, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,538.39 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $7,883.94. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $2,883.94 | $288.39 | ($4,500.00 max.) |
| TOTAL COMPENSATION | $1,538.39 | |

### II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                           $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 21st day of January, 2009

/s/Joseph A. Baldi, Trustee
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

**Joseph A. Baldi & Associates, P. C.**
**19 S. LaSalle Street**
**Suite 1500**
**Chicago, IL 60603**

Phone: (312) 726-8150
Fax:    (312) 726-5067

FEIN: 36-4352753

## Invoice submitted to:

January 19, 2009
Invoice No:  1144

Joseph A. Baldi, Trustee
c/o Joseph A. Baldi & Associates
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

**In Reference to:**   *Mokhtarpour - Trustee*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 8/14/2008 | ECB1 | Process JY08 Bank Statements and reconcile TR bank accounts | 0.20 $160.00/hr | $32.00 |
| 9/16/2008 | ECB1 | Process August 08 bank statements (.1) Reconcile TR Bank Accounts (.1) | 0.20 $160.00/hr | $32.00 |
| 10/22/2008 | ECB1 | Process Sept 08 bank statements and reconcile TR bank accounts | 0.10 $160.00/hr | $16.00 |
| 12/01/2008 | ECB1 | Process Oct 08 bank statements (.1) Reconcile TR bank accounts (.1) | 0.20 $160.00/hr | $32.00 |
| 12/11/2008 | ECB1 | Process Nov 08 bank statements; reconcile trustee bank accounts | 0.10 $160.00/hr | $16.00 |
| 1/06/2009 | ECB1 | Process Dec 08 bank statements; reconcile trustee bank accounts | 0.20 $160.00/hr | $32.00 |
| 1/12/2009 | RKP | Update assets in system from schedules (.40); review status of case for 4th quarter review and note administrative matters (.20); update form 1 for annual report (.10); update notes in form 3 for annual report (.30). | 1.00 $150.00/hr | $150.00 |
| 1/14/2009 | RKP | Draft Trustee's Final Report (.40); update form 1 with asset information (.40); prepare notice of final hearing (.20); proposed distribution report (.20); Trustee fee application and order, coversheet (.30). | 1.50 $150.00/hr | $225.00 |

**Joseph A. Baldi & Associates, P. C.**

1/19/2009

Page 2

Mokhtarpour - Trustee

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 1/19/2009 | JAB | Review, edit and execute final report package. | 1.00 $400.00/ hr | $400.00 |
| 1/19/2009 | RKP | Edit Trustee's final report package (.50); compile documents and prepare for review and submission to UST (.50). | 1.00 $150.00/ hr | $150.00 |
| | | Total Hours | 5.50   Total Fees | $1,085.00 |

**Joseph A. Baldi & Associates, P. C.**

Mokhtarpour - Trustee

1/19/2009

Page 3

|  |  |
|---|---|
| Total New Charges | $1,085.00 |
| Previous Balance | $0.00 |
| Balance Due | $1,085.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Elizabeth (1) C Berg | 1.00 | $160.00 |
| Joseph A Baldi | 1.00 | $400.00 |
| Ricki K Podorovsky | 3.50 | $150.00 |