UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                                          )   Chapter 7
                                               )
MARGARET MOKHTARPOUR,                          )   Case No. 08-11011-ERW
                                               )
        Debtor.                                )   Hon. Eugene R. Wedoff

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, Illinois

    On: **March 24, 2009**              Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on the application for compensation and expenses and any objections to the pending application and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                $7,883.94

    Disbursements                                               $0.00

    Net Cash Available for Distribution                     $7,883.94

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $0.00 | $1,538.39 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:
Not Applicable

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: NONE

7. Claims of general unsecured creditors totaling $79,531.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 7.98%.

Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Pyod LLC Its Successors and Assigns | $4,970.30 | $396.56 |
| 000002 | Pyod LLC Its Successors and Assigns | $4,959.52 | $395.70 |
| 000003 | Pyod LLC Its Successors and Assigns | $4,545.76 | $362.69 |
| 000004 | Chase Bank USA, NA | $16,099.72 | $1,284.53 |
| 000005 | Chase Bank USA, NA | $1,888.80 | $150.70 |
| 000006 | Chase Bank USA, NA | $15,815.43 | $1,261.85 |
| 000007 | Chase Bank USA, NA | $9,882.91 | $788.52 |
| 000008 | Fia Card Services, N.A./Bank Of Amer | $12,788.18 | $1,020.32 |
| 000009 | Fia Card Services, N.A./Bank Of Amer | $8,581.37 | $684.68 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and the application for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **February 27, 2009**          For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Trustee:    Joseph A. Baldi
Address:    Suite 1500
            19 South Lasalle Street
            Chicago, IL  60603
Phone No.:  (312) 726-8150