UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | | Chapter 7 |
| ) | | |
| MARGARET MOKHTARPOUR, ) | | Case No. 08-11011-ERW |
| ) | | |
| Debtor. ) | | Hon. Eugene R. Wedoff |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 744, Chicago, Illinois

    On: **March 24, 2009**          Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on the application for compensation and expenses and any objections to the pending application and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                        $7,883.94

    Disbursements                                                   $0.00

    Net Cash Available for Distribution                             $7,883.94

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Joseph A. Baldi, Trustee<br>*Trustee Compensation* | $0.00 | $1,538.39 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows: Not Applicable

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: NONE

7.  Claims of general unsecured creditors totaling $79,531.99 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 7.98%.

Allowed general unsecured claims are as follows:

| Claim No. | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Pyod LLC Its Successors and Assigns | $4,970.30 | $396.56 |
| 000002 | Pyod LLC Its Successors and Assigns | $4,959.52 | $395.70 |
| 000003 | Pyod LLC Its Successors and Assigns | $4,545.76 | $362.69 |
| 000004 | Chase Bank USA, NA | $16,099.72 | $1,284.53 |
| 000005 | Chase Bank USA, NA | $1,888.80 | $150.70 |
| 000006 | Chase Bank USA, NA | $15,815.43 | $1,261.85 |
| 000007 | Chase Bank USA, NA | $9,882.91 | $788.52 |
| 000008 | Fia Card Services, N.A./Bank Of Amer | $12,788.18 | $1,020.32 |
| 000009 | Fia Card Services, N.A./Bank Of Amer | $8,581.37 | $684.68 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and the application for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **February 27, 2009**            For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Trustee:   Joseph A. Baldi
Address:   Suite 1500
           19 South Lasalle Street
           Chicago, IL  60603
Phone No.: (312) 726-8150

# CERTIFICATE OF NOTICE

```
District/off: 0752-1              User: amcc7                   Page 1 of 1                   Date Rcvd: Feb 27, 2009
Case: 08-11011                    Form ID: pdf002               Total Served: 26
```

The following entities were served by first class mail on Mar 01, 2009.
```
db            +Margaret Mokhtarpour,    1282 Blair Ct,    Hoffman Estates, IL 60169-1254
12197778      +Amazon.com/Chase,    Bankruptcy Department,    PO Box 15153,    Wilmington, DE 19886-5153
12197770      +Aurora Loan Services,    Bankruptcy Dept,    10350 Park Meadows Drive,
               Highlands Ranch, CO 80124-6800
12197772      +BW Phillips Management Group,    Attn: Bankruptcy Dept.,    PO Box 389509,    Chicago, IL 60638-9509
12197782      +Bank of America,    Bankruptcy Department,    PO Box 1598,    Norfolk, VA 23501-1598
12197769      +Bob Davis,    Tax Collector,    PO Box 308,    Fort Pierce, FL 34954-0308
12500216      +CHASE BANK USA,    C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12197777      +Chase,    Bankruptcy Department,    PO Box 15153,    Wilmington, DE 19886-5153
12527070       Chase Bank USA, NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12197781      +Chase/Marriott Rewards,    Bankruptcy Department,    PO Box 15153,    Wilmington, DE 19886-5153
12197780      +Citi Cards,    Bankruptcy Department,    PO Box 688912,    Des Moines, IA 50368-8912
12197765      +Countrywide Home Loan,    Bankruptcy Department,    PO Box 5170,    Simi Valley, CA 93062-5170
12197771      +Dutton & Dutton,    Bankruptcy Department,    10325 W. Lincoln Highway,    Frankfort, IL 60423-1280
12197766      +EMC Mortgage Corporation,    Bankruptcy Department,    PO Box 293150,    Lewisville, TX 75029-3150
12197764      +Harris Bank,    Bankruptcy Dept.,    PO Box 6201,    Carol Stream, IL 60197-6201
12197773      +Home Depot/Citibank,    Bankruptcy Department,    PO Box 6003,    Hagerstown, MD 21747-6003
12197776      +Marriot Vacation,    Attn: Bankruptcy Dept.,    PO BOX 8038,    Lakeland, FL 33802-8038
12197768       National City Bank,    Attn: Bankruptcy Dept.,    PO Box 1820,    Dayton, OH 45401-1820
12197767      +National City Bank,    Attn: Bankruptcy Dept.,    PO Box 856179,    Louisville, KY 40285-6179
12478078       PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
               PO Box 10587,    Greenville, SC 29603-0587
12478068       PYOD LLC its successors and assigns as assignee of,    Washington Mutual,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
12197774      +Plunkett,    Attn: Bankruptcy Dept.,    PO Box 17602,    Baltimore, MD 21297-1602
12197775      +Victorian Park,    C/O AMC Inc,    1908 Wright Blvd,    Schaumburg, IL 60193-4587
12197763      +Washington Mutual,    Bankruptcy Dept.,    PO Box 9001123,    Louisville, KY 40290-1123
12197779      +Washington Mutual Card Svcs.,    Bankruptcy Department,    PO Box 660487,    Dallas, TX 75266-0487
```

The following entities were served by electronic transmission on Feb 28, 2009.
```
12733907      +E-mail/Text: EBN_AIS@AMERICANINFOSOURCE.COM
               FIA CARD SERVICES, N.A./BANK OF AMERICA,    by American InfoSource L.P. as its agent,
               4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 1
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12197784*     +Bank of America,    Bankruptcy Department,    PO Box 1598,    Norfolk, VA 23501-1598
12197783*     +Chase,    Bankruptcy Department,    PO Box 15153,    Wilmington, DE 19886-5153
                                                                                              TOTALS: 0, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date:** Mar 01, 2009            **Signature:**  *Joseph Speetjens*