**UNITED STATES BANKRUPTCY COURT**
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | Case No. 08-11011 ERW |
| MOKHTARPOUR, MARGARET | § | |
| | § | |
| Debtor(s) | § | |
| | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 | Assets Exempt: 39,357.00 |
| Total Distributions to Claimants: 6,345.72 | Claims Discharged Without Payment: 75,262.27 |
| Total Expenses of Administration: 1,538.39 | |

3) Total gross receipts of $ 7,884.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 7,884.11 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 759,011.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,538.39 | 1,538.39 | 1,538.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 80,291.00 | 79,531.99 | 79,531.99 | 6,345.72 |
| **TOTAL DISBURSEMENTS** | $ 839,302.00 | $ 81,070.38 | $ 81,070.38 | $ 7,884.11 |

4) This case was originally filed under chapter 7 on 04/30/2008 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/22/2009 By:/s/Joseph A. Baldi, Trustee
Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Liquidation of Other Personal Property | 1229-000 | 7,879.82 |
| Post-Petition Interest Deposits | 1270-000 | 4.29 |
| **TOTAL GROSS RECEIPTS** | | $ 7,884.11 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Aurora Loan Serivce | | 138,537.00 | NA | NA | 0.00 |
| Bob Davis | | 1,150.00 | NA | NA | 0.00 |
| Countrywide Home Loan | | 92,797.00 | NA | NA | 0.00 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EMC Mortgage Corp. | | 130,541.00 | NA | NA | 0.00 |
| Harris Bank | | 183,502.00 | NA | NA | 0.00 |
| Marriot Vacation | | 9,887.00 | NA | NA | 0.00 |
| National City Bank | | 38,049.00 | NA | NA | 0.00 |
| National City Bank | | 54,231.00 | NA | NA | 0.00 |
| Washington Mutual | | 110,317.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | $ 759,011.00 | $ 0.00 | $ 0.00 | $ 0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 1,538.39 | 1,538.39 | 1,538.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 1,538.39 | $ 1,538.39 | $ 1,538.39 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BW Phillips Management | | 256.00 | NA | NA | 0.00 |
| Plunkett | | 1,320.00 | NA | NA | 0.00 |
| Victorian Park | | 500.00 | NA | NA | 0.00 |
| CHASE BANK USA | 7100-000 | 15,400.00 | 16,099.72 | 16,099.72 | 1,284.57 |
| CHASE BANK USA | 7100-000 | 2,000.00 | 1,888.80 | 1,888.80 | 150.70 |
| CHASE BANK USA | 7100-000 | 15,300.00 | 15,815.43 | 15,815.43 | 1,261.89 |
| CHASE BANK USA, NA | 7100-000 | 10,000.00 | 9,882.91 | 9,882.91 | 788.54 |
| FIA CARD SERVICES, N.A./BANK OF AME | 7100-000 | 13,000.00 | 12,788.18 | 12,788.18 | 1,020.35 |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FIA CARD SERVICES, N.A./BANK OF AME | 7100-000 | 8,700.00 | 8,581.37 | 8,581.37 | 684.69 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 5,000.00 | 4,970.30 | 4,970.30 | 396.57 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 4,600.00 | 4,959.52 | 4,959.52 | 395.71 |
| PYOD LLC ITS SUCCESSORS AND ASSIGNS | 7100-000 | 4,215.00 | 4,545.76 | 4,545.76 | 362.70 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ 80,291.00 | $ 79,531.99 | $ 79,531.99 | $ 6,345.72 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 08-11011 ERW Judge: Eugene R. Wedoff
Case Name: MOKHTARPOUR, MARGARET

For Period Ending: 07/22/09

Trustee Name: Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c): 04/30/08 (f)
341(a) Meeting Date: 05/28/08
Claims Bar Date: 10/22/08

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 4.29 | Unknown |
| 2. 1282 Blair Ct, Hoffman Estates, IL | 320,000.00 | 0.00 | | 0.00 | FA |
| 3. 1880 Bonnie Ln, Hoffman Estates, IL | 120,000.00 | 0.00 | | 0.00 | FA |
| 4. 69 Gant Circle, Unit A, Streamwood, IL | 150,000.00 | 0.00 | | 0.00 | FA |
| 5. 149 SW Pisces Terr, Port St Lucie, FL | 26,000.00 | 0.00 | | 0.00 | FA |
| 6. 1810 Hatherleigh, 1E, Mt. Prospect, IL | 140,000.00 | 0.00 | | 0.00 | FA |
| 7. Harris Checking Account | 1,062.00 | 0.00 | | 0.00 | FA |
| 8. Checking, Savings Accounts | 46.00 | 0.00 | | 0.00 | FA |
| 9. HOUSEHOLD GOODS | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. Books and Art Objects | 150.00 | 0.00 | | 0.00 | FA |
| 11. Wearing Apparel | 50.00 | 0.00 | | 0.00 | FA |
| 12. Jewelry | 50.00 | 0.00 | | 0.00 | FA |
| 13. Camera | 50.00 | 0.00 | | 0.00 | FA |
| 14. 401k (Merrill Lynch) | 17,576.00 | 0.00 | | 0.00 | FA |
| 15. 401k (LaSalle Bank) | 81.00 | 0.00 | | 0.00 | FA |
| 16. 2001 Lexus | 6,000.00 | 0.00 | | 0.00 | FA |
| 17. Pets | 0.00 | 0.00 | | 0.00 | FA |
| 18. TIMESHARE | 10,000.00 | 0.00 | | 0.00 | FA |
| 19. Insurance Proceeds--building damage (u) | 0.00 | 7,879.82 | | 7,879.82 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $793,065.00 | $7,879.82 | | $7,884.11 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**



Exhibit 8

Case No: 08-11011 ERW Judge: Eugene R. Wedoff
Case Name: MOKHTARPOUR, MARGARET

Trustee Name: Joseph A. Baldi, Trustee
Date Filed (f) or Converted (c): 04/30/08 (f)
341(a) Meeting Date: 05/28/08
Claims Bar Date: 10/22/08

Trustee recovered insurance proceeds; reviewed claims; preparing final report

Initial Projected Date of Final Report (TFR): 06/30/09 Current Projected Date of Final Report (TFR): 02/15/09

# FORM 2

Page: 1

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-11011 -ERW
Case Name: MOKHTARPOUR, MARGARET

Taxpayer ID No: *******2981
For Period Ending: 07/22/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6011 Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/15/08 | | STATE FARM FIRE AND CASUALTY COMPANY Bloomington, IL | Insurance proceeds for bldg damage | 1229-000 | 7,879.82 | | 7,879.82 |
| 07/31/08 | 1 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 0.35 | | 7,880.17 |
| 08/29/08 | 1 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.00 | | 7,881.17 |
| 09/30/08 | 1 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 0.97 | | 7,882.14 |
| 10/31/08 | 1 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.76 | | 7,882.90 |
| 11/28/08 | 1 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.64 | | 7,883.54 |
| 12/31/08 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.40 | | 7,883.94 |
| 01/30/09 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,884.00 |
| 02/27/09 | 1 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.06 | | 7,884.06 |
| 03/24/09 | 1 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 7,884.11 |
| 03/24/09 | | Transfer to Acct #*******6118 | Final Posting Transfer Transfer funds to pay final distribution. ecbMarch 24, 2009, 09:02 am | 9999-000 | | 7,884.11 | 0.00 |

| Account *******6011 | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 1 | Deposits | 7,879.82 | 0 | Checks | 0.00 |
| 9 | Interest Postings | 4.29 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 7,884.11 |
| | Subtotal | $ 7,884.11 | | | |
| | | | | Total | $ 7,884.11 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 7,884.11 | | | |

Exhibit 9

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-11011 -ERW
Case Name: MOKHTARPOUR, MARGARET
Taxpayer ID No: *******2981
For Period Ending: 07/22/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6118 Checking Account (Non-Interest Earn
Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/24/09 | | Transfer from Acct #*******6011 | Transfer In From MMA Account<br>Transfer funds to pay final distribution. ecbMarch 24, 2009, 09:02 am | 9999-000 | 7,884.11 | | 7,884.11 |
| 03/26/09 | 001001 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Trustee Compensation | 2100-000 | | 1,538.39 | 6,345.72 |
| 03/26/09 | 001002 | PYOD LLC its successors and assigns as assignee of Washington Mutual<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000001, Payment 7.98% | 7100-000 | | 396.57 | 5,949.15 |
| 03/26/09 | 001003 | PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000002, Payment 7.98% | 7100-000 | | 395.71 | 5,553.44 |
| 03/26/09 | 001004 | PYOD LLC its successors and assigns as assignee of Citibank<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 000003, Payment 7.98% | 7100-000 | | 362.70 | 5,190.74 |
| 03/26/09 | 001005 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000004, Payment 7.98% | 7100-000 | | 1,284.57 | 3,906.17 |
| 03/26/09 | 001006 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000005, Payment 7.98% | 7100-000 | | 150.70 | 3,755.47 |

FORM 2



Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 08-11011 -ERW
Case Name: MOKHTARPOUR, MARGARET

Taxpayer ID No: *******2981
For Period Ending: 07/22/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6118 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Trans. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 03/26/09 | 001007 | CHASE BANK USA<br>C O WEINSTEIN AND RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121 | Claim 000006, Payment 7.98% | 7100-000 | | 1,261.89 | 2,493.58 |
| 03/26/09 | 001008 | Chase Bank USA, NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Claim 000007, Payment 7.98% | 7100-000 | | 788.54 | 1,705.04 |
| 03/26/09 | 001009 | FIA CARD SERVICES, N.A./BANK OF AMERICA<br>by American InfoSource L.P. as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Claim 000008, Payment 7.98% | 7100-000 | | 1,020.35 | 684.69 |
| 03/26/09 | 001010 | FIA CARD SERVICES, N.A./BANK OF AMERICA<br>by American InfoSource L.P. as its agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Claim 000009, Payment 7.98% | 7100-000 | | 684.69 | 0.00 |

Account *******6118

| Count | Item | Amount |
|---|---|---|
| | Balance Forward | 0.00 |
| 0 | Deposits | 0.00 |
| 0 | Interest Postings | 0.00 |
| | Subtotal | $ 0.00 |
| 0 | Adjustments In | 0.00 |
| 1 | Transfers In | 7,884.11 |
| | Total | $ 7,884.11 |

| Count | Item | Amount |
|---|---|---|
| 10 | Checks | 7,884.11 |
| 0 | Adjustments Out | 0.00 |
| 0 | Transfers Out | 0.00 |
| | Total | $ 7,884.11 |

FORM 2



Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 08-11011 -ERW
Case Name: MOKHTARPOUR, MARGARET

Taxpayer ID No: *******2981
For Period Ending: 07/22/09

Trustee Name: Joseph A. Baldi, Trustee
Bank Name: Bank of America, N.A.
Account Number / CD #: *******6118 Checking Account (Non-Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Report Totals

| | | | | | |
|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | |
| 1 | Deposits | 7,879.82 | 10 | Checks | 7,884.11 |
| 9 | Interest Postings | 4.29 | 0 | Adjustments Out | 0.00 |
| | | | 1 | Transfers Out | 7,884.11 |
| | Subtotal | $ 7,884.11 | | | |
| | | | | Total | $ 15,768.22 |
| 0 | Adjustments In | 0.00 | | | |
| 1 | Transfers In | 7,884.11 | | | |
| | Total | $ 15,768.22 | | Net Total Balance | $ 0.00 |